UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Case No. 2:16-cr-166

Melody Rose Jones,

Judge Michael H. Watson

Defendant.

## OPINION AND ORDER

Defendant moves for early termination of supervised release. ECF No. 102. Probation opposes her request because of the amount of restitution she still owes. *Id.* The Government opposes the request based on Probation's opposition. ECF No. 103.

The Court may terminate supervision after a period of one year "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" 18 U.S.C. § 3583(e)(1). Section 3583(e) directs the Court to consider the § 3553(a) factors in making its decision.[1]

---

[1] The factors that must be considered are: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need to afford adequate deterrence to criminal conduct; (3) the need to protect the public from further crimes of the defendant; (4) the need to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner; (5) the kinds of sentence and the sentencing range established in the guidelines; (6) any pertinent policy statement issued by the Sentencing Commission; and (7) the need to avoid unwarranted sentence disparities; and (8) the need to provide restitution to any victims of the offense. 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7).

The Court commends Defendant on her behavior thus far on supervised release. However, after considering the 18 U.S.C. § 3553(a) factors, the Court finds her motion premature. In particular, the Court has considered the offense conduct, which included filing fraudulent tax returns and receiving illegitimate refunds. In total, Defendant was responsible for over $4,000,000 in losses to the Internal Revenue Service. In light of the seriousness of that conduct, the Court finds that the factors of deterrence and protecting the public are best met by Defendant remaining on supervised release.

For these reasons, the Court **DENIES** Defendant's motion without prejudice to refiling at a later date.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT